

Casey S. Erick
901 Main St., Suite 3900, Dallas, TX 75202
214.672.2000 | cowlesthompson.com

Tel: 214.672.2138
Fax: 214.672.2338
cerick@cowlesthompson.com

ACCEPTED
15-25-00154-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 9:31 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/17/2025 9:31:06 AM
CHRISTOPHER A. PRINE
Clerk

October 17, 2025

Fifteenth Court of Appeals
PO Box 12852
Austin, Texas 78711

      RE:    Cause No. 15-25-00154-CV; Eirevbenagie Obazee, Appellant vs. Texas Health
and Human Services, Appellee/ Appellant Filing Fee

Dear Fifteenth Court of Appeals:

Please accept this letter as a request to pay the Appellant's filing fee in the case style above.

Please feel free to contact me at 214-672-2138 with any questions or concerns. Thank you.

            Sincerely,

            Casey S. Erick